```
McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ALBERTO MARTINEZ, JR.,<br><br>Defendant. | CASE NO.  2:18-MJ-00026-KJM<br><br>**[PROPOSED] ORDER** |

The United States' motion to dismiss without prejudice the underlying complaint charging a violation of 18 USC 1073, unlawful flight to avoid prosecution (UFAP), and the complaint's associated arrest warrant, all in the above referenced case, 2:18-MJ-00026-KJM, against JORGE ALBERTO MARTINEZ, JR. is GRANTED.

IT IS SO ORDERED.

Dated:  January 5, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1